AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>AHMED AMEER MINNI,<br>RAMY SAID ZAMZAM,<br>AMAN HASSAN YEMER,<br>UMAR FAROOQ CHAUDHRY, and<br>WAQAR HUSSAIN KHAN,<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:09mj 858 |

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of __August to December 2009__ in the county of __Fairfax__ in the __Eastern__ District of __Virginia__, the defendant(s) violated __18__ U.S.C. § __2339A__ an offense described as follows:

From in or about August 2009 and continuing until at least December 9, 2009, in the Eastern District of Virginia and elsewhere, defendants AHMED AMEER MINNI, RAMY SAID ZAMZAM, AMAN HASSAN YEMER, UMAR FAROOQ CHAUDHRY, and WAQAR HUSSAIN KHAN did unlawfully and knowingly conspire with each other and with others, known and unknown, to knowingly provide material support and resources, that is, their services as "personnel," as defined in 18 U.S.C. 2339A(b)(1), knowing and intending that such services were to be used in preparation for, and in carrying out, a violation of Title 18, United States Code, Section 956 (conspiracy to kill and maim persons outside of the United States).

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Bruce D. Schwindt
Special Agent
Federal Bureau of Investigation
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/23/2009__

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
*Judge's signature*

City and state: __Alexandria, Virginia__

Theresa Carroll Buchanan, U.S. Magistrate Judge
*Printed name and title*