IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Virginia

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 1:17-CR-270 (LO) |
| v. | ) | |
| | ) | |
| AHMED AMEER MINNI, *et al.* | ) | **UNDER SEAL** |
| | ) | (Pursuant to Order of November 16, 2017) |
| Defendants | ) | |

## GOVERNMENT'S MOTION TO PARTIALLY UNSEAL INDICTMENT

The United States respectfully requests that the Court issue an order partially unsealing the indictment to allow the government to provide it to counsel who will represent or who have expressed an interest in representing the defendants.

On November 16, 2017, at the time that the indictment was returned, the Court ordered that the indictment be sealed. As the Court is aware from the government's motion to appoint counsel, we believe it would be helpful to have counsel appointed to represent the defendants before the defendants' release from prison in Pakistan. For counsel to adequately represent the defendants, it will be necessary for them to have the indictment available to them. It is necessary to keep the indictment otherwise sealed because, *inter alia*, the revelation that the defendants have been charged with terrorism offenses in the United States could have the potential to affect the defendants' release from prison in Pakistan.

In its motion for appointment of counsel, the government asked the Court to appoint the Federal Public Defender's Office and Jessica Carmichael to represent any two of the defendants. We asked that Nina Ginsberg be appointed to represent defendant Aman Hassan Yemer. On Saturday, November 23, 2019, Pleasant Brodnax informed the government

that he would be representing defendant Waqar Hussain Khan.[1] Mr. Brodnax has or has had the national security clearances that might be necessary for the government to provide discovery in connection with the prosecution.

For these reasons, the United States requests that the indictment be partially unsealed for the limited purpose of providing it to counsel who represent, or who inquire about representing, any of the defendants.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
James P. Gillis
Assistant United States Attorney

---

[1] Accordingly, if the Court appoints the FPD, Ms. Ginsberg, and Ms. Carmichael, only one additional attorney would need to be appointed to represent the fifth defendant.