IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED

2020 JAN -9 P 12: 18

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Case No. 1:17-CR-270 (LO) |
| | ) | |
| AHMED AMEER MINNI, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

## GOVERNMENT'S RESPONSE TO
## MOTION FOR EMAIL COPIES

The United States has no objection to the defendants' motion for emailed copies of sealed

documents filed in this case. The United States also has no objection to the proposed order

accompanying the motion.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____
James P. Gillis
Assistant United States Attorney

<u>Certificate of Service</u>

I certify that I served a copy of the foregoing upon all counsel of record by sending a true

copy to them by electronic mail.

_____
James R. Gillis
Assistant United States Attorney