IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | Case No. 1:17-CR-270 (LO) |
| | ) | |
| AHMED AMEER MINNI, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

ORDER

Good cause having been shown, the Government's Motion for a Copy of Sealed Documents is GRANTED, and it is hereby

ORDERED that the Clerk of the Court and/or the U.S. Marshals provide the government with a copy of the arrest warrants issued on November 16, 2017, for each of the five defendants, Ahmed Ameer Minni, Ramy Said Zamzam, Aman Hassan Yemer, Umar Farooq Chaudhry, and Waqar Hussain Khan. The arrest warrants otherwise shall remain sealed.

SO ORDERED:

Date:    June 26, 2020                              /s/
       Alexandria, Virginia                      Hon. Theresa Carroll Buchanan
                                                                               United States Magistrate Judge