# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

Filed with the Classified
Information Security Officer
CISO ~~Nfilters~~
Date  8/25/2020

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:17-CR-270 (LO) |
| | ) | |
| AHMED AMEER MINNI, *et al,* | ) | |
| | ) | |
| Defendants. | ) | |

## (U//FOUO) DECLARATION IN RESPONSE TO DEFENDANT YEMER'S MOTION FOR EMERGENCY RELEIF