# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **STATUS CONFERENCE** |
| **AHMED AMEER MINNI, et al.** | Case No. 1:17CR270 |

| | |
|---|---|
| HONORABLE LIAM O'GRADY, presiding | Time Called: 2:10 p.m. |
| Proceeding Held: August 27, 2020 | Time Concluded: 2:55 p.m. |
| Deputy Clerk: Amanda | Court Reporter: S. Wallace |

**Appearances:**

| | |
|---|---|
| UNITED STATES OF AMERICA by: | James Gillis |
| AHMED MINNI by: | Edward MacMahon |
| AMAN YEMER by: | Nina Ginsberg |
| RAMY SAID ZAMZAM by: | Jessica Carmichael |
| UMAR FAROOQ CHAUDHRY by: | Geremy Kamens |
| INTERPRETER: None | ☐ Interpreter Sworn |

- Mr. Brodnax was not present for Mr. Khan.
- The court has received the pleadings and has reviewed them.
- Court grants motion to seal.
- Mr. Gillis presents argument as to whether Mr. Kamens should be present for today's hearing. Mr. Kamens responds. Court excuses Mr. Kamens.
- Ms. Ginsberg presents argument.
- Mr. MacMahon and Ms. Carmichael join Ms. Ginsberg's objection.
- Court grants motion for protective order and will enter that order.
- Ms. Ginsberg continues argument.
- Mr. Gillis rests on the papers.
- Court grants Government's motion to continue this matter until after October 6, 2020.
- Court instructs Government to file a letter on September 14, 2020 to the court and counsel providing a status update.
- This matter is continued to Thursday, October 8, 2020 at 3:00 p.m.