IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:17-CR-270 (LO) |
| | ) | |
| AHMED AMEER MINNI, *et al.*, | ) | |
| Defendants. | ) | |

GOVERNMENT'S MOTION FOR
CERTIFIED COPIES OF ARREST WARRANTS

The United States respectfully requests that the Court direct the District Clerk's Office to provide certified copies of the arrest warrants to the U.S. Attorney's Office as needed to effect the foreign transfer of custody of the defendants to the United States Government and to secure their appearance in this District.

Respectfully submitted,

G. ZACHARY TERWILLIGER
UNITED STATES ATTORNEY

By: _____/s/_____
James P. Gillis
Assistant United States Attorney