IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:17-CR-270 (LO) |
| | ) | |
| AHMED AMEER MINNI, *et al.*, | ) | |
| Defendants. | ) | |

ORDER

Good cause having been shown, the Government's Motion for Certified Copies of Arrest Warrants is GRANTED, and it is hereby

ORDERED that the District Clerk's Office is directed to provide certified copies of the arrest warrants to the U.S. Attorney's Office as needed to effect the foreign transfer of custody of the defendants to the United States Government and to secure their appearance in this District.

_____
HON. LIAM O'GRADY
United States District Judge

Dated: 10/23/2020
Alexandria, Virginia