IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 1:17cr270 |
| | ) |
| AHMED AMEER MINNI, et al | ) |
| | ) |
| Defendant | ) |

## O R D E R

The Court has received correspondence from counsel for all defendants requesting a status conference to discuss a letter received by the mother of one of the defendants the contents of which are worrisome as they relate to the health and well-being of the defendants.

For that reason, it is accordingly

**ORDERED** that the Government, on or before January 26, 2021 contact the Unit Chief for the American Consular Services who spoke to the defendants on January 6, 2021, and apprise that individual of the content of the above-referenced letter, specifically requesting current information regarding the health of the defendants. The Government is directed to report back to the Court on or before February 4, 2021. After a review of the Government's report the Court will schedule a status conference.

It is so **ORDERED.**

Liam O'Grady
United States District Judge

Alexandria, Virginia
January 22, 2021