TYPE OF HEARING: R5-Indictment
CASE NUMBER: 1:7cr270
MAGISTRATE JUDGE: John F. Anderson
DATE: 9/7/22
TIME: 2pm
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Aman Hassan Yemer      Gov't atty: John Gibbs
Ramy Said Zamzam
Ahmed Ameer Minni      Yemer - Nina Ginsberg

GOVT. ATTY:
DEFT'S ATTY: Zamzam - Jessica Carmichael
Minni - Jessica Carmichael for
DUTY AFPD: (Eisenstein, M)

INTERPRETER/LANGUAGE

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFTS INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( ) FPD ( ) CJA ( ) Conflict List ( )
Counsel for the parties and the defendants were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (X)

BOND: Gov't is not seeking detention as to Zamzam and Minni. Gov't is not seeking detention as to Yemer. Defts remanded to the custody of the USMS until all conditions are met.

NEXT COURT APPEARANCE: Arraignment 9/13/22 9am LMB     TIME

26 min.