AO 442 (Rev. 01/09) Arrest Warrant

1825482

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

United States of America
v.
AHMED AMEER MINNI, et al

Case No. 1:17CR270

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* AMAN HASSAN YEMER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy To Provide Material Support to Terrorists (18 U.S.C. § 2339A);Attempting To Provide Material Support to Terrorists (18 U.S.C. § 2339A);Conspiracy To Provide Material Support to a Designated Foreign Terrorist Organization (18 U.S.C. § 2339B);Attempting To Provide Material Support to a Designated Foreign Terrorist Organization (18 U.S.C. § 2339B)

Date: November 16, 2017

*Issuing officer's signature*

City and state: Alexandria, Virginia

L. Creek – Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/17/2017, and the person was arrested on *(date)* 9/7/22
at *(city and state)* Alexandria, VA.

Date: 9/7/22

*Arresting officer's signature*

*Printed name and title*

Stamps: UNITED STATES MARSHAL 2017 NOV 17 AM 8:09 EASTERN DISTRICT OF VIRGINIA ALEXANDRIA DIVISION; FILED 2022 SEP 12 AM 11:31