Dear Judge Brinkema:

My name is Shemsa Fitwi and I am Ahmed's mother. Ahmed is such a wonderful son. He is always by my side. He is always asking about my needs and looking after me. If I ask him to do something he rushes to do it. Even if it's late at night and I tell him we need something from the store he won't hesitate to get it. After all that he has been through his primary concern is still about his family. He is always empathizing with others and extending a helping hand. If his sister needs some help with her homework he is there. If the baby is crying he will pick her up and comfort her until she's quiet. He has truly been a source of positive energy in our lives.

Shemsa Fitwi

# **EXHIBIT A**