# **EXHIBIT D**



**THE CENTER FOR CLINICAL
AND FORENSIC SERVICES, INC.**

10505 Judicial Drive, Suite 100
Fairfax, Virginia 22030
703-278-0457 • Fax 703-385-1053

July 21, 2023

Marc Einstein, Attorney
Coburn & Greenbaum, PLLC
1710 Rhode Island Ave, NW
Washington, DC 20036

Re: Ahmed Minni

Dear Mr. Einstein,

I am writing to provide an update on Mr. Minni's participation in services at The Center for Clinical and Forensic Services, Inc (CCFS).  As you know, Mr. Minni participated in a mental health assessment in January 2023 with CCFS director, Lisa Hunt, LPC, LMFT.  The results of the evaluation concluded that while he appeared to be adjusting quite well, he could benefit from some counseling services to ensure his ongoing stability.  Mr. Minni was in agreement with this recommendation, and he was subsequently referred for pretrial mental health counseling through the United States Probation Office.  He began attending monthly individual therapy sessions on March 13, 2023.  Mr. Minni has attended each of the four appointments that has been scheduled thus far, and he has been active, engaged and receptive.

If there are any questions or concerns, please feel free to contact me.

Sincerely,

*Celena Bryant*

Celena A. Bryant, Psy.D., CSOTP
Licensed Clinical Psychologist
Clinical Director